IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRYANT H. HARVEY, JR.,

       **Plaintiff,**

v.

DEE DEE BROOKHART, *et al.,*

       **Defendants.**

**Case No. 19-cv-00040-NJR**

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes. Defendants Tammy Welty and Pamela Ward were issued summons on Plaintiff's Complaint on January 27, 2020 (Doc. 12). Defendant Ward returned the waiver on March 5, 2020 (Doc. 16), and Defendant Welty returned the waiver on March 11, 2020 (Doc. 18). Their Answers were due March 27, 2020. As of this date, Defendants Ward and Welty have failed to move, answer, or otherwise plead in response to the Complaint or the First Amended Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1)    The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants Ward and Welty in accordance with Federal Rule of Civil Procedure 55(a).

(2)    Plaintiff is **ORDERED** to move for default judgment against

Defendants Ward and Welty on or before **September 8, 2020**, in accordance with Federal Rule of Civil Procedure 55(b).

(3)     If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Ward and Welty for failure to prosecute and/or failure to comply with an order of the Court.

(4)     The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendants Ward and Welty.

Finally, the Court previously ordered Defendants to file an appropriate responsive pleading to the First Amended Complaint and advised Defendants that the Court does not accept piecemeal answers. (Doc. 22, p. 7). Defendants Brookhart, Carter, Cunningham, Goins, Kelly, Lewis, and McCaslin have not, however, filed a responsive pleading to the First Amended Complaint. The Court *sua sponte* grants an extension of time, and Defendants Brookhart, Carter, Cunningham, Goins, Kelly, Lewis, and McCaslin are **ORDERED** to file an answer to the First Amended Complaint on or before **September 1, 2020**.

  **IT IS SO ORDERED.**

  **DATED:   August 18, 2020**

  _____
  **NANCY J. ROSENSTENGEL**
  **Chief U.S. District Judge**